**Edward G. RENDELL, Governor of Pennsylvania, and Michael Diberardinis, Pennsylvania Secretary of Conservation and Natural Resources, Petitioners**

v.

**PENNSYLVANIA STATE ETHICS COMMISSION, Respondent.**

**Edward G. Rendell, Governor of Pennsylvania, and Kathleen A. McGinty, Pennsylvania Secretary of Environmental Protection, Petitioners**

v.

**Pennsylvania State Ethics Commission, Respondent.**

Supreme Court of Pennsylvania.

Oct. 16, 2008.

## ORDER

PER CURIAM.

AND NOW, this 16th day of October, 2008, the Petitions for Allowance of Appeal are **GRANTED.** The issues, reframed for purposes of clarity, are:

1.  Is an advisory opinion issued by the State Ethics Commission pursuant to the Public Official and Employee Ethics Act, 65 Pa.C.S.A. § 1101 *et seq.*, appealable under our decision in *Shaulis v. State Ethics Commission*, 574 Pa. 680, 833 A.2d 123 (2003)?

2.  Is an advisory opinion issued by the State Ethics Commission pursuant to the Public Official and Employee Ethics Act appealable under the Ethics Act and/or the Administrative Agency Law, 2 Pa.C.S.A. § 101 *et seq.?*